CLD-298                                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-3386
_____

IN RE:  HARVEY PATRICK SHORT,
                                                          Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D.C. Civil No. 2:10-cv-06044)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 27, 2012

Before: RENDELL, HARDIMAN and COWEN, <u>Circuit</u> <u>Judges</u>

(Opinion filed: November 01, 2012 )

_____

OPINION

_____


PER CURIAM

        Pro se litigant Harvey Patrick Short has petitioned this Court for a writ of

mandamus directing the United States District Court for the District of New Jersey to

conduct an "initial review" of his second amended complaint, and "to allow the action to

proceed with [service of process] if a cause of action is established . . . ."  The District

1

Court has since dismissed Short's second amended complaint without prejudice. Because Short has now received the relief he requested in his mandamus petition, we will deny his mandamus petition as moot.